No. 86. THE CITY OF POND CREEK ET AL., PLAINTIFFS IN ERROR, *v.* C. N. HASKELL, GOVERNOR OF THE STATE OF OKLAHOMA, ET AL. Error to the Supreme Court of the State of Oklahoma. March 3, 1911. Dismissed with costs, pursuant to the tenth rule. *Mr. W. A. Ledbetter*

for the plaintiffs in error.  *Mr. A. G. C. Bierer* and *Mr. Frank Dale* for the defendants in error.